**U.S. Probation and Pretrial Services**

# MEMORANDUM

DATE: January 23, 2009

TO: Andre M. Davis
U.S. District Judge

FROM: Debbie Wojciechowski
U.S. Probation Officer

SUBJECT: Four Star Financial Services, L.L.C.: Case No. AMD-01-CR0374
Case Expiration: 1/29/2009

Please be advised that as of 1/29/2009, the case regarding Four Star Financial Services, L.L.C., Case No. AMD-01-CR0374, will expire with an outstanding assessment and fine. Four Star Financial Services, L.L.C. was sentenced by Your Honor on 1/30/2004 regarding Mail Fraud and Conspiracy. Four Star Financial Services, L.L.C. received a 5 year term of probation. Special conditions of probation included a $5,000.00 assessment and a $1,000,000.00 fine. To date, no monies have been collected, and Four Star Financial Services, L.L.C. is dissolved.

For the Court's information, Richard Marshack, is the attorney/trustee representing Four Star Financial Services, L.L.C.. This officer spoke with their office on 1/22/2009, and was informed that although there are no monies available at this time, litigation is still pending. Their office forwarded a copy of a claim filed with the U.S. Bankruptcy Court on 4/8/2005. In addition, our office has notified the financial litigation unit of the previous claim that was filed, the outstanding balance, and the fact that they will be responsible for the collection of the fine and special assessment when this case reaches its legal expiration.

We are requesting that the case be allowed to close at expiration with an outstanding balance. If Your Honor is in agreement, please indicate below. Should you have any questions regarding this correspondence, please do not hesitate to contact this officer at 410-962-4155.

XX                              /s/
agree                           Honorable Andre M. Davis
                                United States District Judge


_____                     _____
disagree                        Honorable Andre M. Davis
                                United States District Judge



FORM B10 (Official Form 10)(12/03)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: FOUR STAR FINANCIAL SERVICES | Case Number: LA 03-37579-TD  Credit id: 815 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
U.S. DEPT. OF JUSTICE

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
U.S. DEPT. OF JUSTICE
U.S. ATTY., DIST. OF MARYLAND
36 South Charles Street
Fourth Floor
Baltimore, MD 21201

Telephone Number: (410) 209-4800

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends a previously filed claim, dated:

FILED APR 11 2005 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  Criminal Debt ✓   Non-dischargeable

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____ (date)

2. Date debt was incurred:

3. If court judgment, date obtained: January 30, 2004

4. Total Amount of Claim at Time Case Filed: $1,019,136.97
   (unsecured)   (secured)   (priority)   (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral: $_____

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☑ Check this box if you have an unsecured priority claim
   Amount entitled to priority $1,019,136.97
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
   ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

815/441 BM

Date: 4/5/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____ AUSA

006261   Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.